**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00168-CV**
_____

**MARCELLA UZZELL, Appellant**

**V.**

**RANDY DOLEMAN AND BRANDI DOLEMAN, Appellees**

On Appeal from the 457th District Court
Montgomery County, Texas
Trial Cause No. 22-05-05631-CV

**MEMORANDUM OPINION**

Marcella Uzzell, Appellant, filed a motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. Accordingly, we vacate our stay order of May 27, 2022, grant the Appellant's motion, and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 22, 2022
Opinion Delivered June 23, 2022

Before Golemon, C.J., Kreger and Johnson, JJ.